■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES MAXWELL, Appellant. [879 NYS2d 346]—

Appeal by the defendant from an order of the Supreme Court, Kings County (Chambers J.), dated January 4, 2008, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The defendant's contention that the assessment of points for risk factor 1 based upon his use of forcible compulsion constituted improper "double counting" because he also was assessed points for risk factor 5 based upon the victim's age is without merit (*see People v Mendez,* 60 AD3d 923 [2009]; *see also People v Pietarniello,* 53 AD3d 475, 476 [2008]). Furthermore, the People established, by clear and convincing evidence, that the defendant engaged in forcible compulsion in the commission of his sex offense (*see* Penal Law § 130.00 [8] [b]; *People v Scanlon,* 52 AD3d 1035 [2008]; *People v Vasquez,* 49 AD3d 1282 [2008]).

Accordingly, the Supreme Court properly assessed those points, and properly designated the defendant a level three sex offender. Spolzino, J.P., Santucci, Florio and Balkin, JJ., concur.